**David P. Gardner**
trustee@winstoncashatt.com
250 Northwest Blvd., Ste. 206B
Coeur d'Alene, ID 83814
(208) 667-2103
(208) 765-2121 – Facsimile
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 12-21144 TLM |
| ASHBY JR., JAMES R. | ) | |
| ASHBY, MICHELLE L. | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

### NOTICE OF SALE BY TRUSTEE

TO THE DEBTORS, DEBTOR(S)' ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above-entitled estate claims an interest pursuant to 11 USC §363, Bankruptcy Rule 6004(e) and LBR 2002.1.

1. **Description of Property to be Sold:**

    Mountain West Bank Checking - $10.01
    30/30 gun - $100.00
    22 Rifle - $75.00
    1994 Polaris Snowmobile SKS 500 - $500.00
    1998 RMK - $1,200.00
    1984 16' Trailer - $765.00 (Debtors have claimed an exemption in the amount of
        $250.00, leaving a balance of $515.00)

2. **Time and Place of Sale:**

    Sale will be valid **May 28, 2013** unless an objection is filed with the Clerk, U. S. Courthouse, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and copies provided to the Panel Trustee, David P. Gardner, 601 W. Riverside Avenue, Suite 1900, Spokane, WA 99201 and Assistant U. S. Trustee, David W. Newman, at MK Central Plaza, 720 Park Blvd., Suite 220, Boise, ID 83712.

3. **Type of Sale:**

   Private Sale to:    ASHBY JR., JAMES R. and ASHBY, MICHELLE L.
   4670 E. HAYDEN LAKE ROAD
   HAYDEN, ID  83835

4. **Terms of Sale:**

   Cash - $2,000.00

5. **Treatment of Existing Liens:**

   Sale free and clear of all liens with all valid liens to attach to the sale proceeds. Trustee is unaware of any liens on the property.

6. **Value of Property to be Sold:**

   The Trustee estimates that the fair market value of the property is $2,000.00. This estimation is based on Debtors' values and the cost to liquidate the above property.

7. **Proposed Disposition of the Proceeds of the Sale:**

   Pending Court approval, the following compensation to professional person shall be paid from the proceeds of sale:  None

8. **Authority for Conducting the Sale:**

   11 USC §363(b)(1)

9. **Objections to This Notice of Sale:**

   This sale will take place unless a written objection and request for hearing is received by the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and the Trustee on or before **May 27, 2013.**

10. **Miscellaneous Information:**

    Estimated net proceeds to be retained by the estate: $2,000.00

Date:  May 1, 2013

/s/ _____
David P. Gardner, Trustee